IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| PRINCE SAYON LENARD SCOTT,  )<br>AIS #279776, )<br>  )<br>  Plaintiff, )<br>  )<br>  v.  ) <br>  )<br>WARDEN MYERS, et al., )<br>  )<br>  Defendants. ) | CIVIL ACTION NO. 2:20-CV-238-WHA |

**ORDER**

On June 29, 2020, the Magistrate Judge entered a Recommendation (Doc. #6) to which no timely objections have been filed. After an independent review of the file and upon consideration of the Recommendation, it is ORDERED that:

1. The Recommendation of the Magistrate Judge is ADOPTED.

2. This case is DISMISSED without prejudice for Plaintiff's failure to file necessary financial information as ordered by this court.

A separate Final Judgment will be entered.

DONE this 21st day of July, 2020.

/s/ W. Harold Albritton
SENIOR UNITED STATES DISTRICT JUDGE